brief as *amicus curiae* granted.   Certiorari denied.

No. 99–8830.   BOWIE *v.* GIBSON, WARDEN, ET AL., 530 U. S. 1208;
No. 99–9466.   MUELLER *v.* SCHNICK ET AL., *ante*, p. 833;
No. 99–9906.   PAGE *v.* CALIFORNIA, *ante*, p. 850;
No. 99–9937.   MERCER *v.* SCIBANA, WARDEN, *ante*, p. 851;
No. 99–10063.   TILLITZ *v.* UNITED STATES, *ante*, p. 858; and
No. 00–5203.   JOHNSON *v.* HERTZ CORP. ET AL., *ante*, p. 891.
Petitions for rehearing denied.

NOVEMBER 8, 2000

No. 00A415.   STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* MILLER, BY AND THROUGH JONES.   Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Ninth Circuit on November 7, 2000, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted.   JUSTICE STEVENS and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 00A418.   HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* SARANCHAK, BY HIS NEXT FRIENDS, TROUP ET AL.   Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Third Circuit on November 8, 2000, presented to JUSTICE SOUTER, and by him referred to the Court, denied.

No. 00M37 (00A378).   MILLER *v.* ARIZONA.   Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.   Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.   JUSTICE STEVENS would grant the application for stay of execution.

No. 00–6818 (00A395).   SEXTON *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Application for stay of execution of sentence of death,